IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-284-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| KURT COLLINS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter coming on for consideration, the United States' motion to seal [D.E. 8], is ALLOWED and the clerk of court is DIRECTED to maintain the United States' response in opposition to Defendant's motion for early termination of supervised release [D.E. 6] under seal.

This __26th__ day of __November__, __2019__.

_____
LOUISE WOOD FLANAGAN
United States District Judge

1